Bar. (From the State of Tennessee.) — Application granted. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

SAMUEL ABRAMSKY and FRANK ZIPERSON, Copartners, Doing Business under the Firm Name and Style of A. R. Z. PAINTING COMPANY, Appellants, v. WERBELOVSKY AND LAVINE REALTY CORPORATION, Respondent, and A. NEWBURGER ELECTRIC COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

SAMUEL ABRAMSKY and FRANK ZIPERSON, Copartners, Doing Business under the Firm Name and Style of A. R. Z. PAINTING COMPANY, Appellants, v. WERBELOVSKY AND LAVINE REALTY CORPORATION, Respondent, and A. NEWBURGER ELECTRIC COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

BALTIMORE TRUST COMPANY, Respondent, v. AMELIA SAVARESE and SALVATORE SAVARESE, Appellants, and ALERMO DE ANGELO and Others, Defendants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

THE S. C. BECKWITH SPECIAL AGENCY, Appellant, v. ROSSLYN M. COX and BERTHA HELTERLINE, Respondents.— Motion for affirmance of order dismissing complaint herein, without costs, upon authority of Beckwith Special Agency v. Cox (223 App. Div. 781), granted, without costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

BETTINELLI TILE WORKS, INC., Appellant, v. CAPITAL CITY SURETY COMPANY, Respondent.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

BROWNSVILLE SOUTH REALTY COMPANY, Respondent, v. BAYWAY BUILDING CORPORATION, Defendant, LORRAINE WOODWORKING. Co., INC., Respondent, and BROWNSVILLE LUMBER Co., INC., Appellant.— Motion to stay proceedings pending appeal denied. The money should be deposited with the city chamberlain to await the determination of the appeal. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

BURKE STONE, INC., Respondent, v. JOSEPH J. CREAMER, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

WILLIAM G. CARRUTH, Individually and on Behalf of the Other Stockholders of EMPIRE STATE FINANCE Co., INC., a Domestic Corporation, Similarly Situated, Appellant, v. EMPIRE STATE FINANCE Co., INC., and WILLIAM H. KELLEHER, JR., Respondents.— Motion to modify injunction order granted to the extent of requiring plaintiff to furnish a bond, with corporate surety, in the sum of $1,000. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

DANN REALTY CORPORATION, Appellant, v. ROSE SORITZKY, Respondent, and SERVICE BOND AND MORTGAGE CORPORATION and JOHN L. DANZILO, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal